IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TRAVIS FARRIS,<br><br>        Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO.<br>        2:14-cv-2920 |

### NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Travis Farris against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 22nd day of December, 2014.

                           *s/ Alan D. Leeth*
                           Alan D. Leeth (BPR # 022358)
                           R. Frank Springfield (BPR # 025833)
                           BURR & FORMAN LLP
                           420 North 20th Street, Suite 3400
                           Birmingham, Alabama  35203
                           Telephone: (205) 251-3000
                           Facsimile: (205) 458-5100
                           fspringf@burr.com
                           aleeth@burr.com

22393006 v1

        Zachary D. Miller (BPR# 032674)
        BURR & FORMAN, LLP
        700 Two American Center
        3102 West End Ave.
        Nashville, TN 37203
        Telephone: (615) 724-3237
        Facsimile:  (615) 724-3337
        zmiller@burr.com

        Attorneys for Defendant
        PORTFOLIO RECOVERY ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and email on this the 22nd day of December, 2014:

        Travis Farris
        2375 Vanderbilt Road
        Memphis, TN  38106-7929
        tfarris79@gmail.com

        *s/ Alan D. Leeth*
        OF COUNSEL