IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TRAVIS FARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-cv-2920 |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Travis Farris and defendant Portfolio Recovery Associates, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of ~~January~~ February, 2015.

By: _____
Travis Farris, pro se
2375 Vanderbilt Road
Memphis, TN 38106-7929
tfarris79@gmail.com


_____
Alan D. Leeth (BPR # 022358)
R. Frank Springfield (BPR # 025833)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com
aleeth@burr.com

22534832 v1

Zachary D. Miller (BPR# 032674)
BURR & FORMAN, LLP
700 Two American Center
3102 West End Ave.
Nashville, TN 37203
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
zmiller@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail and email on this the 23rd day of February, 2015:

Travis Farris
2375 Vanderbilt Road
Memphis, TN 38106-7929
tfarris79@gmail.com

                              *s/ Alan D. Leeth*
                              OF COUNSEL