UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **TRAVIS FARRIS** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | **CASE NO: 14-2920-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation Of Dismissal entered on February 23, 2015, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 2/23/2015

THOMAS M. GOULD
Clerk of Court

s/Terry L. Haley
(By) Deputy Clerk